UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VARGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS BANSURIE,<br><br>　　　　Defendant. | No. 2: 18-cv-2774 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2019, the undersigned granted plaintiff thirty days to complete and return to the court the USM-285 form and two copies of his October 15, 2018 complaint necessary for service of defendant Thomas Banasurie.[1] (ECF No. 35.) In the alternative, plaintiff was granted thirty days to file an amended complaint. (Id.)

On November 6, 2019, plaintiff returned forms for service of Thomas Hernandez, rather than Thomas Banasurie. (ECF No. 37.) If plaintiff wishes to change the name of defendant Thomas Bansurie to Thomas Hernandez, he is required to file an amended complaint naming Thomas Hernandez as a defendant.

////

---

[1] On December 21, 2018, service on defendant Banasurie was returned unexecuted. (ECF No. 19.)

1

Because it appears that plaintiff intends to name a new defendant, plaintiff is granted thirty days to file an amended complaint. If plaintiff does not file an amended complaint within that time, the undersigned will recommend that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action;

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint by a prisoner.

Dated: November 14, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Varg2774.ord