UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS BANSURIE, et al.,<br><br>    Defendants. | No. 2: 18-cv-2774 TLN KJN P<br><br>FINDINGS & RECOMMENDATIONS |

    By order filed November 14, 2019, plaintiff was granted thirty days to file an amended complaint. (ECF No. 38.) On November 22, 2019, the November 14, 2019 order was re-served at plaintiff's new address. Thirty days passed from November 22, 2019, and plaintiff did not file an amended complaint or otherwise respond to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

////

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 3, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Varg2774.fta